A. J. McLEOD, Appellant, v. WM. H. DAVIS and J. N. WORTH, Respondents.

### No. 3365; November 22, 1872.

Appeal.—A Party not Served With a Notice of Appeal is not before the appellate court so that the appellant's rights as against him may be considered.

Appeal.—On an Appeal on the Judgment-roll Alone, there being no statement or bill of exceptions annexed, where an appeal from an order denying a new trial has been abandoned, the judgment is to be affirmed if the evidence justifies the findings.

APPEAL from Third Judicial District, Alameda County.

A. H. Griffith for appellant; B. B. Newman for respondents.

By the COURT.—We cannot consider whether there was error in not rendering judgment against Davis, inasmuch as he was not served with notice of appeal, and is, therefore, not before us.

Nor can we disturb the judgment rendered in favor of the other defendants. The appeal is on the judgment-roll alone, without a statement or bill of exceptions annexed thereto, the appeal taken from the order denying a new trial having been abandoned at the bar.

The findings, actual and implied, support the judgment rendered below.

Judgment affirmed.